UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jennifer Clark,

                Plaintiff,

    v.

Metropolitan Transportation Authority,

               Defendant.
------------------------------------------------------------X

**JUDGMENT**

7:17-CV-07252 (CS)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, the jury having returned a verdict in favor of Defendant as to Plaintiff's liability claim, judgment is entered in favor of the Defendant, and the case is closed.

DATED: White Plains, New York
            November 13, 2020

RUBY J. KRAJICK
_____
Clerk of Court

So Ordered:

_____
U.S.D.J.

BY: _____
         Deputy Clerk